IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS Criminal No.: 1:26MJ-657- RPM

MICHELLE FRANCINE EDWARDS

DEFENDANT

**MOTION TO CONTINUE DEFENDANT'S INITIAL APPEARANCE**

COMES NOW, MICHELLE FRANCINE EDWARDS, by and through her CJA appointed Counsel, James Bailey Halliday, and files this Motion to Continue and would respectfully submit to this Honorable Court the following:

1. Counsel was recently requested to represent the Defendant as CJA Counsel by the Federal Public Defender's Office on August 10, 2026.
2. The Defendant, Ms. Edwards, contacted new counsel this morning (by telephone) informing him that she had just been notified of her court date and time which was less than twenty-four (24) hours away.
3. And that she currently had no available transportation to travel from her residence located in Cincinnati, Ohio to the Court for the scheduled hearing.
4. Ms. Edwards has appeared as a defendant in this case (with local CJA Counsel) in the Federal District Court in Cincinnati, Ohio, upon her arrest and was granted release and remains on the bond conditions set by the Honorable Magistrate Judge Karen Litkovich presiding.
5. Under these circumstances, the Court is requested to continue the Defendant's Initial Appearance and reset the hearing with reasonable notice and travel time to appear.

WHEREFORE, PREMISES CONSIDERED, Defendant moves this Honorable Court to continue the Initial Appearance and reset it to a reasonable date and time.

Respectfully Submitted, August 11, 2026.

/s/ *James Bailey Halliday*
JAMES BAILEY HALLIDAY, Sr.
CJA Panel Attorney
James Bailey Halliday
MS Bar No. 2924
8927 Lorraine Rd. Ste. 204-B
Gulfport, MS 39503
(228) 861-5759
jamesbaileyhallidayesq@gmail.com

**CERTIFICATE OF CONFERENCE**

I certify that I discussed this pleading with AUSA Hunter McCreight on August 11, 2026.

/s/ *James Bailey Halliday*
JAMES BAILEY HALLIDAY
CJA Panel Attorney

**CERTIFICATE OF SERVICE**

I certify that I have this date electronically filed this pleading via the U. S. District Court's ECF System which simultaneously gave notice to all counsel of record on August 11, 2026.

/s/ *James Bailey Halliday*
JAMES BAILEY HALLIDAY
CJA Panel Attorney