IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 1:26mj657-RPM

MICHELLE FRANCINE EDWARDS

MOTION TO ISSUE WARRANT, REVOKE PRETRIAL RELEASE, AND FORFEIT BOND

The Government, by and through its undersigned counsel and pursuant to 18 U.S.C. § 3148, moves this Court to issue a warrant for the Defendant's arrest, revoke the Defendant's Pretrial Release, and Forfeit the Defendant's Bond. For the reasons set forth below, the Government submits that this motion should be granted.

1. On August 6, 2026, the Defendant appeared before U.S. Magistrate Judge Karen L. Litkovitz in the U.S. District Court for the Southern District of Ohio for a detention hearing.

2. At that time, Magistrate Judge Litkovitz granted the Defendant pretrial release on an unsecured bond. As a condition of her release, Defendant was directed to appear in court as required.

3. On August 6, 2026, Magistrate Judge Litkovitz also issued an Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail. Within this order, Magistrate Judge Cherry specifically directed the Defendant to appear in the Southern District of Mississippi when notified to do so.

4. Prior to August 12, 2026, the Defendant's counsel notified her of her initial appearance on August 12, 2026.

5. On August 12, 2026, this matter was called for her initial appearance before U.S. Magistrate Judge Bradley W. Rath. The Defendant was not present in the courthouse and did not appear.

7. Defendant has violated the terms and conditions of her pretrial release by failing to appear as required.

Accordingly, the Government requests that the Court issue a warrant for the Defendant's arrest, revoke his pretrial release, and order that his bond be forfeited.

Respectfully submitted August 12, 2026.

UNITED STATES OF AMERICA

J.E. BAXTER KRUGER
United States Attorney

/s/*Hunter McCreight*

Hunter McCreight
Assistant United States Attorney
GA Bar No.: 728770
1575 20th Avenue
Gulfport, MS 39501
Telephone No.: (228) 563-1560
Hunter.McCreight@usdoj.gov