SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 12 2026
ARTHUR JOHNSTON
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO.1:26-mj-00657-RPM

MICHELLE FRANCINE EDWARDS

ORDER

THIS MATTER is before the Court on a motion from the government for issuance of a bench warrant for defendant Michelle Francine Edwards, who was scheduled to appear for an initial appearance on August 12, 2026, at 9:30am.

On August 11, 2026, counsel for the Defendant filed a Motion to Continue the Initial Appearance [8]. On August 12, 2026, this matter was called for her initial appearance before U.S. Magistrate Judge Bradley W. Rath. The Defendant was not present in the courthouse and did not appear. The Government objected to the Motion to Continue [8]. After the Court heard argument, the Court denied the Motion to Continue [8].

It is, therefore, ORDERED that a bench warrant shall issue for her immediate arrest.

SO ORDERED, this the 12th day of August 2026.

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE