IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS Criminal No.: 1:26MJ-657- RPM

MICHELLE FRANCINE EDWARDS

DEFENDANT

**RESPONSE IN OPPOSITION TO THE GOVERNMENT'S MOTION TO REVOKE PRETRIAL RELEASE [10]**

COMES NOW, MICHELLE FRANCINE EDWARDS, by and through her CJA appointed Counsel, James Bailey Halliday, and files this Response in Opposition to Revoke Pretrial Release and respectfully submits to this Honorable Court the following:

**PROCEDURAL HISTORY**

1. Counsel was recently requested to represent the Defendant as CJA Counsel by the Federal Public Defender's Office on August 10, 2026.
2. The Defendant, Ms. Edwards, contacted local CJA counsel the mid-morning (by telephone) of Tuesday, August 11, 2026, informing him that she had just been notified of her court date and time- which was less than twenty-four (24) hours away.
3. And that she currently had no available transportation to travel from her residence located in Cincinnati, Ohio to the Court for the scheduled hearing.
4. Ms. Edwards has appeared as a defendant in this case (with local CJA Counsel) in the Federal District Court in Cincinnati, Ohio, upon her arrest and was granted pretrial release and remains on the bond conditions set by the Honorable Magistrate Judge Karen Litkovich presiding.
5. Considering these circumstances, the Defendant filed a Request for a Continuance.

6. The Court denied the Defendant's Motion [8] but reset the Initial Appearance until Friday August 14, 2026, at 1:30 P.M. allowing the Defendant to appear at that time [11].

## ARGUMENT

7. Appointed Defense Counsel herein was contacted by USPO Keith Manfra from the U.S. District Court located in Cincinnati, Ohio, midmorning today.
8. USPO Keith Manfra informed Defense Counsel herein that Ms. Edwards had fully complied with all his pretrial services requests and instructions without any issues.
9. Further, he confirmed that Ms. Edwards had less that twenty-four (24) hours notice of the first setting of her Initial Appearance in the U.S. District Court for the Southern District, Southern Division, in Gulfport, MS.
10. USPO Manfra also informed Defense Counsel that he had personally contacted USPO Matthew Sones and informed him of Ms. Edwards complete compliance with the conditions of her bond- with the exception her non-appearance; which USPO Manfra attributed to her very short notice, the fact that she had been unable to appear in this court due to very limited resources and limited time and certain medical impairments complicating/delaying her abilities to timely appear.

## CONCLUSION

As USPO Officer Mantra reports, the Defendant, Michelle Edwards, has been faithful to her obligations of pre-trial release pending resolution of her pending federal charge- with the exception of unintentionally delaying her initial appearance here in this court- which can be explained showing she has not taken any negative actions to avoid her appearance and in fact has taken positive, documented efforts and actions, to fulfill her pretrial release obligations; including proper appearance in this court as now required.

WHEREFORE, PREMISES CONSIDERED, Defendant moves this Honorable Court, based on the documented and enumerated information recited above, to DENY the Government's Motion to Revoke Pretrial Release and allow Ms. Edwards to remain on the conditions of pretrial release as originally set.

Respectfully Submitted, August 13, 2026.

/s/ *James Bailey Halliday*
JAMES BAILEY HALLIDAY, Sr.
CJA Panel Attorney
James Bailey Halliday
MS Bar No. 2924
8927 Lorraine Rd. Ste. 204-B
Gulfport, MS 39503
(228) 861-5759
jamesbaileyhallidayesq@gmail.com

**CERTIFICATE OF SERVICE**

I certify that I have this date electronically filed this pleading via the U. S. District Court's ECF System which simultaneously gave notice to all counsel of record on August 13, 2026.

/s/ *James Bailey Halliday*
JAMES BAILEY HALLIDAY
CJA Panel Attorney