**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

Before the Honorable Bradley W. Rath

Initial Appearance on Criminal Complaint and Motion Hearing

| | | | |
|---|---|---|---|
| Case Number: | 1:26-mj-00657-RPM | UNITED STATES vs. Edwards | |
| Hearing Date: | 8/14/2026 | Time In and Out: | 1:49 pm to 2:53 pm |
| Clerk: | AB | Courtroom: | 683 |
| Defendant: | Michelle Francine Edwards | Defendant's Counsel: | James B. Halliday, Sr. |
| AUSA | Hunter McCreight | Pretrial/Probation: | Matthew Becker/CJ Lee |
| Interpreter: | N/A | DUSMs: K. Patrick/B. Markopoulos/B. Alford | |
| CSO: | Stanley Vance | | |

| | |
|---|---|
| PROCEEDINGS | |
| ☒ | Defendant sworn |
| ☒ | First Appearance by Defendant |
| ☒ | Defendant received a copy of charging document |
| ☒ | Brady Order executed. |
| ☒ | Defendant waived Preliminary Hearing |
| Testimony and Evidence Presented on Behalf of the Government: | |
| ☒ | Witnesses: None |
| ☒ | Exhibits: G-1 Pretrial Services Report (Under Seal) |
| Testimony and Evidence Presented on Behalf of Defendant | |
| ☒ | None |
| Custody Status | |
| ☒ | Defendant remanded to custody of United States Marshal's Service — Order of Detention entered. |
| Other | |
| ☒ | As to the Preliminary hearing, the Court found sufficient probable cause and ordered the defendant bound over for the next grand jury. |
| ☒ | Motion to Revoke Bond hearing held. The Court heard argument. Order to follow. |