AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 14 2026
ARTHUR JOHNSTON
BY DEPUTY

United States of America
v.
Michelle Francine Edwards
*Defendant*

Case No. 1:26-mj-00657-RPM

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 8/14/2026

x Michelle Edwards
*Defendant's signature*

J. Halliday
*Signature of defendant's attorney*

James Bailey Halliday
*Printed name and bar number of defendant's attorney*

*Address of defendant's attorney*

*E-mail address of defendant's attorney*

*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*