IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS CRIMINAL CASE: 1:26-mj-00657-RPM

MICHELLE FRANCINE EDWARDS

**ORDER**

Before the Court is the Government's *Ore Tenus* Motion to Withdraw the Bench Warrant Issued on August 12, 2026. The Court having considered the matter finds the Motion well taken.

IT IS THEREFORE ORDERED that the Bench Warrant issued for Michelle Francine Edwards is withdrawn.

This the 17th day of August, 2026.

s/ *Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE